NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MONEYCAT LTD.,**
*Appellant*

**v.**

**EBAY INC.,**
*Appellee*

---

2016-1399, 2016-1405, 2016-1408

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. CBM2014-00091, CBM2014-00092, CBM2014-00093.

---

**JUDGMENT**

---

HOWARD N. WISNIA, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., San Diego, CA, argued for appellant. Also represented by SANDRA BADIN, Boston, MA; BRAD M. SCHELLER, New York, NY.

JARED BOBROW, Weil, Gotshal & Manges LLP, Redwood Shores, CA, argued for appellee. Also represented by BRIAN CHANG; SCOTT ANTHONY MCKEOWN, Oblon, McClelland, Maier & Neustadt, LLP, Alexandria, VA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, WALLACH, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


January 18, 2017
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court